1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| LIFE SECURITIES 2 LP, | Case No. 2:25-cv-6374-KS |
|---|---|
| Plaintiff, | |
| vs. | (~~PROPOSED~~) ORDER RE EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT |
| HADASSAH WEISS, | |
| Defendant. | |
| HADASSAH WEISS, | |
| Third-Party Plaintiff, | |
| vs. | |
| SAMUEL EHRENTHAL, INSURED ON TIME SERVICES, INC., MICHAEL GOLDMAN, ALEXANDER GOFER, GREGG G. KIRSCHNER, ISSER M. ZEILINGOLD, THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP, | |
| Third-Party Defendants. | |

- 1 -

**(~~PROPOSED~~) ORDER RE EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT**

After review and consideration of the Joint Stipulation re Extension of the Time to Respond to Third-Party Complaint, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. Third-Party Defendant THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP's shall file a responsive pleading to Third-Party Plaintiff HADASSAH WEISS' Third-Party Complaint on or before November 20, 2025.

DATED: November 13, 2025

Hon. Karen L. Stevenson
United States Magistrate Judge

(PROPOSED) ORDER RE EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT