David P. Beitchman (SBN 198953)
dbeitchman@bzlegal.com
Andre Boniadi (SBN 266412)
aboniadi@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 Ventura Blvd., Suite 570
Encino, CA 91436
Telephone: (818) 986-9100
Facsimile:  (818) 986-9119

*Attorneys for Third-Party Defendant,*
THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE SECURITIES 2 LP,<br><br>       Plaintiff,<br><br>    vs.<br><br>HADASSAH WEISS,<br><br>       Defendant.<br>_____<br>HADASSAH WEISS,<br><br>       Third-Party Plaintiff,<br><br>    vs.<br><br>SAMUEL EHRENTHAL, INSURED ON TIME SERVICES, INC., MICHAEL GOLDMAN, ALEXANDER GOFER, GREGG G. KIRSCHNER, ISSER M. ZEILINGOLD, THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP,<br><br>       Third-Party Defendants. | Case No. 2:25-cv-6374-KS<br><br>**THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S ANSWER TO THIRD-PARTY COMPLAINT** |

- 1 -

Third-Party Defendant THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP ("Defendant") answers the Third-Party Complaint ("Complaint") by Third-Party Plaintiff HADASSAH WEISS ("Plaintiff") as follows:

## IN ANSWER TO THE ALLEGATIONS OF THE COMPLAINT

1. Answering paragraph 1, Defendant lacks specific information to admit or deny this allegation.

2. Answering paragraph 2, Defendant lacks specific information to admit or deny this allegation.

3. Answering paragraph 3, Defendant lacks specific information to admit or deny this allegation.

4. Answering paragraph 4, Defendant lacks specific information to admit or deny this allegation.

5. Answering paragraph 5, Defendant lacks specific information to admit or deny this allegation.

6. Answering paragraph 6, paragraph 6 of the Complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, Defendant denies the allegations of paragraph 6.

7. Answering paragraph 7, paragraph 7 of the Complaint contains legal assertions or conclusions to which no responsive pleading is required. Except as expressly admitted herein, Defendant denies the allegations of paragraph 7.

8. Answering paragraph 8, Defendant lacks specific information to admit or deny this allegation.

9. Answering paragraph 9, Defendant lacks specific information to admit or deny this allegation.

10. Answering paragraph 10, Defendant lacks specific information to admit or deny this allegation.

11. Answering paragraph 11, Defendant lacks specific information to admit or deny this allegation.

**THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S
ANSWER TO THIRD-PARTY COMPLAINT**

12. Answering paragraph 12, Defendant lacks specific information to admit or deny this allegation.

13. Answering paragraph 13, Defendant lacks specific information to admit or deny this allegation.

14. Answering paragraph 14, Defendant lacks specific information to admit or deny this allegation.

15. Answering paragraph 15, Defendant Admits that it is a Georgia corporation with its principal place of business in Georgia, but denies the balance of the allegation in this paragraph.

16. Answering paragraph 16, Defendant lacks specific information to admit or deny this allegation.

17. Answering paragraph 17, Defendant lacks specific information to admit or deny this allegation.

18. Answering paragraph 18, Defendant lacks specific information to admit or deny this allegation.

19. Answering paragraph 19, Defendant lacks specific information to admit or deny this allegation.

20. Answering paragraph 20, Defendant lacks specific information to admit or deny this allegation.

21. Answering paragraph 21, Defendant lacks specific information to admit or deny this allegation.

22. Answering paragraph 22, Defendant lacks specific information to admit or deny this allegation.

23. Answering paragraph 23, Defendant lacks specific information to admit or deny this allegation.

24. Answering paragraph 24, Defendant lacks specific information to admit or deny this allegation.

THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S
ANSWER TO THIRD-PARTY COMPLAINT

25. Answering paragraph 25, Defendant lacks specific information to admit or deny this allegation.

26. Answering paragraph 26, Defendant lacks specific information to admit or deny this allegation.

27. Answering paragraph 27, Defendant lacks specific information to admit or deny this allegation.

28. Answering paragraph 28, Defendant denies the allegations contained therein.

29. Answering paragraph 29, Defendant lacks specific information to admit or deny this allegation.

30. Answering paragraph 30, Defendant lacks specific information to admit or deny this allegation.

31. Answering paragraph 31, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

32. Answering paragraph 32, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

33. Answering paragraph 33, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

34. Answering paragraph 34, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

35. Answering paragraph 35, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

**THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S ANSWER TO THIRD-PARTY COMPLAINT**

Case 2:25-cv-06374-KS    Document 34    Filed 11/20/25    Page 5 of 13    Page ID #:846

36. Answering paragraph 36, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

37. Answering paragraph 37, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

38. Answering paragraph 38, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

39. Answering paragraph 39, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

40. Answering paragraph 40, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

41. Answering paragraph 41, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

42. Answering paragraph 42, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

43. Answering paragraph 43, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

44. Answering paragraph 44, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

**THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S ANSWER TO THIRD-PARTY COMPLAINT**

45. Answering paragraph 45, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

46. Answering paragraph 46, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

47. Answering paragraph 47, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

48. Answering paragraph 48, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

49. Answering paragraph 49, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

50. Answering paragraph 50, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

51. Answering paragraph 51, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

52. Answering paragraph 52, The allegations contained in this paragraph are not directed at this answering Defendant and on that basis, Defendant denies this allegation.

53. Answering paragraph 53, paragraph 53 of the Complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, Defendant denies the allegations of paragraph 53.

**THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S ANSWER TO THIRD-PARTY COMPLAINT**

54. Answering paragraph 54, Defendant denies the allegations contained therein.

55. Answering paragraph 55, Defendant denies the allegations contained therein.

56. Answering paragraph 56, Defendant denies the allegations contained therein.

57. Answering paragraph 57, paragraph 57 of the Complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, Defendant denies the allegations of paragraph 57.

58. Answering paragraph 58, Defendant denies the allegations contained therein.

59. Answering paragraph 59, Defendant denies the allegations contained therein.

60. Answering paragraph 60, paragraph 60 of the Complaint contains legal assertions or conclusions to which no responsive pleading is required.  Except as expressly admitted herein, Defendant denies the allegations of paragraph 60.

61. Answering paragraph 61, Defendant denies the allegations contained therein.

62. Answering paragraph 62, Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES
## FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Cause of Action)**

Plaintiff's Third-Party Complaint and each and every purported cause of action alleged therein fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

### (Acts of Other Parties)

Part, if not all, of Plaintiff's alleged damages were incurred as a result of the breaches, acts, omissions, and negligence of persons or entities over which Defendant exercises no control and for which Defendant has no liability.

## THIRD AFFIRMATIVE DEFENSE

### (Comparative Fault)

Part, if not all, of Plaintiff's alleged damages were incurred as a result of Plaintiff's own breaches, acts, omissions, and negligence and thus recovery by Plaintiff against Defendant are barred or reduced accordingly.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

The Third-Party Complaint and each and every purported cause of action alleged therein is barred by the doctrine of judicial and/or equitable estoppel.

## FIFTH AFFIRMATIVE DEFENSE

### (Fraud)

Plaintiff's claims are barred, in whole or in part, due to the fact that all or part of the transaction resulted from fraud, deceit or misrepresentation.

## SIXTH AFFIRMATIVE DEFENSE

### (Good Faith)

Defendant acted reasonably, lawfully, and in good faith at all times material herein based on all relevant facts and circumstances known to it.

## SEVENTH AFFIRMATIVE DEFENSE

### (Intervening Cause)

Part, if not all, of Plaintiff's alleged damages were the result of intervening or superseding events, acts or omissions of other parties, or industry market conditions, over which Defendant had no control, and for which Defendant cannot be held liable to Plaintiff.

THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S
ANSWER TO THIRD-PARTY COMPLAINT

## EIGHTH AFFIRMATIVE DEFENSE
### (Justification/Privilege)

The Third-Party Complaint and each and every purported cause of action alleged therein is barred, in whole or in part, to the extent that Defendant's alleged actions, if done at all, were justified and/or privileged.

## NINTH AFFIRMATIVE DEFENSE
### (Laches)

The Third-Party Complaint and each and every purported cause of action alleged therein is barred by the doctrine of laches.

## TENTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

Plaintiff's claims are barred, in whole or in part, for lack of standing.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Setoff/Offset)

If Plaintiff is entitled to any recovery, which Defendant denies, said recovery should be reduced or offset by amounts previously paid, overcharges, or services not performed or improperly performed.

## TWELFTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

The Third-Party Complaint and each and every purported cause of action alleged therein is barred in whole or in part by all applicable statutes of limitations.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

The Third-Party Complaint and each and every purported cause of action alleged therein is barred by the doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Vague, Uncertain and Ambiguous)

The Thrid-Party Complaint, and each cause of action therein, is vague, uncertain,

and ambiguous.

### FIFTEENTH AFFIRMATIVE DEFENSE
### (Waiver)

The Third-Party Complaint and each and every purported cause of action alleged therein is barred by the doctrine of waiver.

### SIXTEENTH AFFIRMATIVE DEFENSE
### (Additional Defenses)

Defendant presently has insufficient knowledge or information upon which to form a belief as to whether it has or may have additional, yet unstated, affirmative or other defenses. Defendant reserves the right to assert additional affirmative or other defenses in the event its investigation or discovery indicates that additional affirmative or other defenses are appropriate.

### PRAYER FOR RELIEF

WHEREFORE, Third-Party Defendant respectfully requests that the Court:

1. Deny all relief sought by the Third-Party Plaintiff Hadassah Weiss;
2. Enter judgment in favor of Third-Party Defendant and against Third-Party Plaintiff on all claims;
3. Award Third-Party Defendant costs of suit and attorney's fees as permitted by law; and
4. Grant such other and further relief as the Court deems just and proper.

DATED: November 20, 2025         **BEITCHMAN & ZEKIAN, P.C.**

By: /s/ David P. Beitchman
David P. Beitchman,
Andre Boniadi,
*Attorneys for Third-Party Defendant,*
THE SETTLEMENT GROUP, INC. DBA
GEORGIA SETTLEMENT GROUP

THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S
ANSWER TO THIRD-PARTY COMPLAINT

**DEMAND FOR JURY TRIAL**

Third-Party Defendant hereby demands trial by jury.

DATED: November 20, 2025          **BEITCHMAN & ZEKIAN, P.C.**


By: /s/ David P. Beitchman
David P. Beitchman,
Andre Boniadi,
*Attorneys for Third-Party Defendant,*
THE SETTLEMENT GROUP, INC. DBA
GEORGIA SETTLEMENT GROUP

**THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S ANSWER TO THIRD-PARTY COMPLAINT**

# CERTIFICATE OF SERVICE

I, David Beitchman, declare as follows:

I am over the age of eighteen years and not a party to this case. I am employed in the County of Los Angeles, California where service occurs. My business address is 16130 Ventura Blvd., Suite 570, Encino, CA 91436.

On November 20, 2025, I served the foregoing documents described as:

**THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S ANSWER TO THIRD-PARTY COMPLAINT**

on:

| | |
|---|---|
| Laurence M. Berman (SBN 93515)<br>lberman@bermanlitigationgroup.com<br>**Berman Litigation Group**<br>815 Moraga Drive<br>Los Angeles, CA 90049<br>Phone No: (424) 465-9079<br>Fax No: (310) 230-2711 | Attorneys for Defendant and Third-Party Plaintiff Hadassah Weiss |
| Michael S. Cryan (SBN 249507)<br>michael.cryan@afslaw.com<br>Franjo M. Dolenac (SBN 259036)<br>franjo.dolenac@afslaw.com<br>**ARENTFOX SCHIFF LLP**<br>555 South Flower Street, 43rd Floor<br>Los Angeles, California 90071<br>Telephone: 213.629.7400<br>Facsimile: 213.629.7401 | Attorneys for Plaintiff,<br>LIFE SECURITIES 2 LP |

In compliance with Federal Rules of Civil Procedure, Rule 5, service was effectuated via email transmission.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 20th day of November 2025 in Encino, California.

    /s/ David Beitchman
    David Beitchman

**THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP'S ANSWER TO THIRD-PARTY COMPLAINT**