Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
Tel: (323) 937-4501    Fax:  (888) 316-6107
email: baruchcohen@baruchcohenesq.com

*Attorney for Third-Party Defendant MICHAEL GOLDMAN*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE SECURITIES 2 LP,<br><br>        Plaintiff,<br>vs.<br><br>HADASSAH WEISS<br><br>       Defendant | **Case No.: 2:25-cv-6374-KS** |
| HADASSAH WEISS<br><br>      Third Party Plaintiff,<br><br>vs.<br><br>SAMUEL EHRENTHAL, INSURED ON TIME SERVICES, INC., MICHAEL GOLDMAN, ALEXANDER GOFER, GREGG G. KIRSCHNER, ISSER M. ZEILINGOLD, THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP,<br><br>      Third-Party Defendants. | **THIRD-PARTY DEFENDANT MICHAEL GOLDMAN'S FORMAL REQUEST FOR COURT-AUTHORIZED REMOTE APPEARANCE AT RULE 16 SCHEDULING CONFERENCE; DECLARATION OF BARUCH COHEN IN SUPPORT THEREIN; ORDER**<br><br>***Rule 16 Scheduling Conference***<br><br>Date: December 9, 2025<br>Time: 2:00 p.m.<br>Place: 255 E. Temple Street, Los Angeles<br>Courtroom: 580 (5th Floor) |

Baruch C. Cohen ("**Cohen**"), counsel for Third-Party Defendant Michael Goldman ("**Goldman**"), respectfully requests authorization to appear remotely at the Court's December 9, 2025 Rule 16 Scheduling Conference (the "**Rule 16 Conference**"). This request is supported by good cause and is submitted in full compliance with this Court's procedures governing remote and telephonic appearances.

Cohen was recently retained on November 12, 2025, and, given the timing of that retention, has not yet filed a formal appearance or responsive pleading in this matter. Counsel for Cross-Plaintiff Hadassah Weiss ("**Weiss**"), Laurence Berman ("**Berman**"), has advised that an amended Third-Party Complaint will be forthcoming and has graciously extended Goldman's response deadline to December 11, 2025.

Pursuant to the Court's October 8, 2025, Order Setting the Scheduling Conference (Doc. 21), the Rule 16 Conference is set for December 9, 2025 at 2:00 p.m. before Magistrate Judge Karen L. Stevenson. Cohen understands that this conference is presently designated for in-person appearance under Rule 16(b) of the Federal Rules of Civil Procedure.

However, Cohen will be out of state on December 9, 2025 due to a long-standing, immovable family commitment, attending his nephew's wedding in New York.[1] This unavoidable conflict constitutes good cause for requesting Court authorization to appear remotely.

---

[1] A true and correct copy of my nephew's wedding invitation for December 9, 2025 in Brooklyn NY, is attached hereto as Exhibit "1" and is incorporated herein by this reference.

At the November 11, 2025, Discovery Planning Meeting (held via Zoom), all participating counsel indicated they had no objection to accommodating Cohen's remote appearance for the Rule 16 Conference.

Cohen files this application more than two court days in advance and provides a good cause showing, a long-standing family commitment outside the state that cannot be modified, thereby satisfying the procedural prerequisites for consideration.

Accordingly, Cohen respectfully requests that the Court permit him to appear remotely at the Rule 16 Conference on December 9, 2025 at 2:00 p.m.

DATED:       November 24, 2025          LAW OFFICE OF BARUCH C. COHEN
                                        A Professional Law Corporation

                                        By    /s/ Baruch C. Cohen
                                        Baruch C. Cohen, Esq.
                                        *Attorney for 3rd Party Defendant*
                                        *MICHAEL GOLDMAN*

## DECLARATION OF BARUCH C. COHEN

I, BARUCH C. COHEN, declare and state as follows:

1.      The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2.      I am a member in good standing and eligible to practice before the following court(s): United State Supreme Court; California State Supreme Court; US Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central, Eastern, Northern, and Southern Districts of California.

3.      I am the principal shareholder and President of The Law Office of Baruch C. Cohen. A Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4.      This Declaration is in support of THIRD-PARTY DEFENDANT MICHAEL GOLDMAN'S FORMAL REQUEST FOR COURT- AUTHORIZED REMOTE APPEARANCE AT RULE 16 SCHEDULING CONFERENCE.

5.      I was retained by Mr. Goldman on November 12, 2025. Because of the timing of this retention, I have not yet filed a formal appearance or responsive pleading. Counsel for Cross-Plaintiff, Laurence Berman, has advised that he intends to amend the Third-Party Complaint and has extended Goldman's response deadline to December 11, 2025.

6.      Pursuant to the Court's October 8, 2025 Order Setting the Scheduling Conference, the Rule 16 Conference is set for December 9, 2025 at 2:00 p.m., with appearances currently designated as in person.

7.      I have a long-standing, immovable family commitment on December 9, 2025: attending my nephew's wedding in New York.[2] This commitment requires out-of-state travel and cannot be modified.

8.      On November 11, 2025, I participated in the Discovery Planning Meeting via Zoom. All participating counsel indicated they had no objection to my remote appearance at the Rule 16 Conference.

9.      This request complies with this Court's Law and Motion Schedule governing remote appearances, which requires a formal pleading showing good cause, a long-standing family commitment outside the state that cannot be modified. This request is timely and supported by good cause.

10.     Accordingly, I respectfully request that the Court authorize me to appear remotely at the December 9, 2025 Rule 16 Scheduling Conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed November 24, 2025, at Los Angeles, California.


By *Baruch Cohen*

Baruch C. Cohen

---

[2] A true and correct copy of my nephew's wedding invitation for December 9, 2025 in Brooklyn NY, is attached hereto as Exhibit "1" and is incorporated herein by this reference.

11/24/2025 3:10 PM

**EXHIBIT "1"**



MR. AND MRS. SHMUEL TEICHMAN

MR. AND MRS. MICH COHEN

WOULD BE HONOURED BY YOUR PRESENCE

AT THE MARRIAGE OF THEIR CHILDREN

*Avigayil*

TO

*Shmuli*

TUESDAY, THE NINTH OF DECEMBER

KABOLAS PONIM AT SIX-THIRTY

CHUPAH AT SEVEN-THIRTY

SIMCHAS CHOSSON V'KALLAH AT TEN O'CLOCK

ATERES CHYNKA

129 ELMWOOD AVENUE

BROOKLYN, NEW YORK

**CERTIFICATE OF SERVICE**

I, Baruch C. Cohen, declare as follows:

I am over the age of eighteen years and not a party to this case.  I am employed in the County of Los Angeles, California where service occurs.  My business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

On November 20, 2025, I served the foregoing documents described as:

THIRD-PARTY DEFENDANT MICHAEL GOLDMAN'S FORMAL REQUEST FOR COURT- AUTHORIZED REMOTE APPEARANCE AT RULE 16 SCHEDULING CONFERENCE; DECLARATION OF BARUCH COHEN IN SUPPORT THEREIN upon:

| | |
|---|---|
| David P. Beitchman | dbeitchman@bzlegal.com |
| Laurence M Berman | lberman@bermanlitigationgroup.com, |
| | ysaadat@bermanlitigationgroup.com |
| Michael S. Cryan | michael.cryan@afslaw.com, omelia.chan@afslaw.com |

In compliance with Federal Rules of Civil Procedure, Rule 5, service was effectuated via email transmission.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed November 24, 2025, at Los Angeles, California.

By *Baruch Cohen*

Baruch C. Cohen