**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE SECURITIES 2 LP,<br><br>　　　　Plaintiff,<br>vs.<br><br>HADASSAH WEISS<br><br>　　　　Defendant | Case No.: 2:25-cv-6374-KS |
| HADASSAH WEISS<br><br>　　　　Third Party Plaintiff,<br>vs.<br><br>SAMUEL EHRENTHAL, INSURED ON TIME SERVICES, INC., MICHAEL GOLDMAN, ALEXANDER GOFER, GREGG G. KIRSCHNER, ISSER M. ZEILINGOLD, THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP,<br><br>　　　　Third-Party Defendants. | **ORDER GRANTING FORMAL REQUEST BY BARUCH C. COHEN FOR COURT-AUTHORIZED REMOTE APPEARANCE AT THE RULE 16 SCHEDULING CONFERENCE** |

1

After review and consideration of THIRD-PARTY DEFENDANT MICHAEL GOLDMAN'S FORMAL REQUEST FOR COURT- AUTHORIZED REMOTE APPEARANCE AT RULE 16 SCHEDULING CONFERENCE, and good cause appearing, the Court hereby **ORDERS**:

1. Attorney Baruch C. Cohen is AUTHORIZED to appear remotely at the Rule 16 Scheduling Conference currently set for December 9, 2025 at 2:00 p.m.
2. The Court will provide remote appearance instructions separately.

DATED: _____     _____
                           Hon. Karen L. Stevenson
                           United States District Judge