1  Baruch C. Cohen, Esq. (SBN 159455)
   **LAW OFFICE OF BARUCH C. COHEN**
2       A Professional Law Corporation
   4929 Wilshire Boulevard, Suite 940
3  Los Angeles, California 90010
   (323) 323-353-9535
4  e-mail: baruchcohen@baruchcohenesq.com

5  *Attorney for Third-Party Cross Defendant* MICHAEL GOLDMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE SECURITIES 2 LP,<br><br>　　　　Plaintiff,<br><br>HADASSAH WEISS<br><br>　　　　Defendant | Case No.: 2:25-cv-6374-KS |
| HADASSAH WEISS<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>SAMUEL EHRENTHAL, et al,<br><br>　　　　Third-Party Defendants. | **THIRD-PARTY CROSS-DEFENDANT MICHAEL GOLDMAN'S ANSWER TO THE SETTLEMENT GROUP, INC., DBA GEORGIA SETTLEMENT GROUP'S CROSSCLAIM FOR: 1. EQUITABLE INDEMNITY; 2. CONTRIBUTION; 3. DECLARATORY RELIEF** |
| THE SETTLEMENT GROUP, INC. DBA GEORGIA SETTLEMENT GROUP,<br><br>　　　　Cross-Claimant,<br><br>vs.<br><br>SAMUEL EHRENTHAL, et al,<br><br>　　　　Cross-Defendants. | |

///

///

3/2-2:18pm

Third-party Cross-Defendant Michael Goldman ("Goldman") answers The Settlement Group, Inc., dba Georgia Settlement Group;s ("Settlement Group") Crossclaim For: 1. Equitable Indemnity; 2. Contribution; 3. Declaratory Relief ("Cross-Claim") as follows:

**INTRODUCTION**

1. Admit
2. Admit
3. Admit
4. Goldman denies the allegations contained therein.

**PARTIES**

5. Goldman lacks specific information to admit or deny this allegation.
6. Admit
7. Goldman lacks specific information to admit or deny this allegation.
8. Goldman lacks specific information to admit or deny this allegation.
9. Goldman lacks specific information to admit or deny this allegation.
10. Admit
11. Goldman lacks specific information to admit or deny this allegation.
12. Goldman lacks specific information to admit or deny this allegation.
13. Admit
14. Goldman lacks specific information to admit or deny this allegation.
15. Goldman lacks specific information to admit or deny this allegation.
16. Goldman lacks specific information to admit or deny this allegation.
17. Goldman lacks specific information to admit or deny this allegation.

**JURISDICTION AND VENUE**

18. Goldman lacks specific information to admit or deny this allegation.
19. Goldman denies the allegations contained therein.

**FIRST CLAIM**

**(Equitable Indemnity against All Cross-Defendants)**

20. Goldman denies the allegations contained therein.

1 | 21. | Admit
2 | 22. | Admit
3 | 23. | Admit
4 | 24. | Goldman denies the allegations contained therein.
5 | 25. | Goldman lacks specific information to admit or deny this allegation.
6 | 26. | Goldman denies the allegations contained therein.
7 | 27. | Goldman denies the allegations contained therein.

**SECOND CLAIM**

**(Contribution against All Cross-Defendants)**

28. Goldman denies the allegations contained therein.
29. Goldman denies the allegations contained therein.
30. Goldman denies the allegations contained therein.

**THIRD CLAIM**

**(Declaratory Relief against All Cross-Defendants)**

31. Goldman denies the allegations contained therein.
32. Goldman lacks specific information to admit or deny this allegation.
33. Goldman denies the allegations contained therein.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Cause of Action)**

Settlement Group's Cross-Complaint and each and every purported cause of action alleged therein fails to state facts sufficient to constitute a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

**(Acts of Other Parties)**

Part, if not all, of Settlement Group's alleged damages were incurred as a result of the breaches, acts, omissions, and negligence of persons or entities over which Goldman exercises no control and for which Goldman has no liability.

**THIRD AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

Part, if not all, of Settlement Group's alleged damages were incurred as a result of Settlement Group's own breaches, acts, omissions, and negligence and thus recovery by Settlement Group against Goldman are barred or reduced accordingly.

**FOURTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

The Cross-Complaint and each and every purported cause of action alleged therein is barred by the doctrine of judicial and/or equitable estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

**(Fraud)**

Settlement Group's claims are barred, in whole or in part, due to the fact that all or part of the transaction resulted from fraud, deceit or misrepresentation.

**SIXTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

Goldman acted reasonably, lawfully, and in good faith at all times material herein based on all relevant facts and circumstances known to it.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Intervening Cause)**

Part, if not all, of Settlement Group's alleged damages were the result of intervening or superseding events, acts or omissions of other parties, or industry market conditions, over which Goldman had no control, and for which Goldman cannot be held liable to Settlement Group.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Justification/Privilege)**

The Cross-Complaint and each and every purported cause of action alleged therein is barred, in whole or in part, to the extent that Goldman's alleged actions, if done at all, were justified and/or privileged.

**NINTH AFFIRMATIVE DEFENSE**

**(Laches)**

The Cross-Complaint and each and every purported cause of action alleged therein is barred by the doctrine of laches.

**TENTH AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

Settlement Group's claims are barred, in whole or in part, for lack of standing.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Setoff/Offset)**

If Settlement Group is entitled to any recovery, which Goldman denies, said recovery should be reduced or offset by amounts previously paid, overcharges, or services not performed or improperly performed.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The Cross-Complaint and each and every purported cause of action alleged therein is barred in whole or in part by all applicable statutes of limitations.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

The Cross-Complaint and each and every purported cause of action alleged therein is barred by the doctrine of unclean hands.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Vague, Uncertain and Ambiguous)**

The Cross-Complaint, and each cause of action therein, is vague, uncertain, and ambiguous.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Waiver)**

The Cross-Complaint and each and every purported cause of action alleged therein is barred by the doctrine of waiver.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Lack of Personal Jurisdiction)**

The Court lacks personal jurisdiction over Goldman

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(The Indemnity, Contribution, and Declaratory Relief Claims Are Derivative and Fail)**

The indemnity, contribution, and declaratory relief claims are purely derivative and collapse as a matter of law in the absence of a viable underlying tort.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(STOLI)**

The Underlying Policy is alleged to be an illegal and void STOLI transaction and cannot support any claim.

**NINETEENTH AFFIRMATIVE DEFESE**

**(Additional Defenses)**

Goldman presently has insufficient knowledge or information upon which to form a belief as to whether it has or may have additional, yet unstated, affirmative or other defenses. Goldman reserves the right to assert additional affirmative or other defenses in the event its investigation or discovery indicates that additional affirmative or other defenses are appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, Goldman respectfully requests that the Court:

1. Deny all relief sought by Settlement Group;
2. Enter judgment in favor of Goldman and against Settlement Group on all claims;
3. Award Goldman costs of suit and attorney's fees as permitted by law; and
4. Grant such other and further relief as the Court deems just and proper.

DATED: March 2, 2026

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By  */S/ Baruch C. Cohen*
Baruch C. Cohen, Esq.
*Attorney for Third-Party Cross Defendant*
MICHAEL GOLDMAN

# CERTIFICATE OF SERVICE

I, Baruch C. Cohen, declare as follows:

I am over the age of eighteen years and not a party to this case. I am employed in the County of Los Angeles, California where service occurs. My business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

On March 2, 2026, I served the foregoing documents described as: **THIRD-PARTY CROSS-DEFENDANT MICHAEL GOLDMAN'S ANSWER TO THE SETTLEMENT GROUP, INC., DBA GEORGIA SETTLEMENT GROUP'S CROSSCLAIM FOR: 1. EQUITABLE INDEMNITY; 2. CONTRIBUTION; 3. DECLARATORY RELIEF** upon:

| | |
|---|---|
| **PLAINTIFF**<br>Life Securities 2 LP<br><br>Michael S. Cryan, Esq<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>michael.cryan@afslaw.com | **DEFENDANT/THIRD-PARTY PLAINTIFF**<br>Hadassah Weiss<br><br>Laurance M. Berman, Esq.<br>Berman Litigation Group<br>815 Moraga Drive<br>Los Angeles, CA 90049<br>lberman@bermanlitigationgroup.com. |
| **THIRD-PARTY DEFENDANT**<br>The Settlement Group, Inc.<br>d/b/a Georgia Settlement Group<br><br>David P. Beitchman, Esq.<br>Andre Boniadi, Esq.<br>Beitchman & Zekian, P.C.<br>16130 Ventura Blvd., Suite 570<br>Encino, CA 91436<br>dbeitchman@bzlegal.com<br>aboniadi@bzlegal.com | **THIRD-PARTY DEFENDANT**<br>Samuel Ehrenthal / Insured on Time Services, Inc.<br><br>Jeremy Rosenberg, Esq.<br>Law Office of Jeremy Rosenberg<br>777 Chestnut Ridge Road, Suite 202<br>Chestnut Ridge, NY 10977<br>jrosenberglaw@yahoo.com |
| **THIRD-PARTY DEFENDANT**<br>Michael Goldman<br><br>Baruch C. Cohen, Esq.<br>Law Office of Baruch C. Cohen, APLC<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, CA 90010<br>baruchcohen@baruchcohenesq.com | **THIRD-PARTY DEFENDANT**<br>Alexander Gofer<br><br>365 Route 59, Suite 140<br>Airmont, NY 10952-3460 |
| **THIRD-PARTY DEFENDANT**<br>Isser M. Zeilingold<br>11 Old Route 202A<br>Pomona, NY 10970<br>izeilingold@gmail.com | **THIRD-PARTY DEFENDANT**<br>Gregg G. Kirschner<br>5 Whistler Way<br>Marlboro, NJ 07746-2433 |

1

In compliance with Federal Rules of Civil Procedure, Rule 5, service was effectuated via email transmission and regular mail.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed March 2, 2026, at Los Angeles, California.

By /s/ *Baruch Cohen*
Baruch C. Cohen