**Kuzyk Law, LLP**
Michael D. Braun (SBN 167416)
mdb@kuzykclassactions.com
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311

**DelBello Donnellan Weingarten Wise & Wiederkehr, LLP**
Harry J. Nicolay, Jr. (*Pro Hac Vice*)
hnicolay@ddw-law.com
Peter S. Dawson (*Pro Hac Vice*)
psd@ddw-law.com
360 Hamilton Avenue, 10th Floor
White Plains, New York 10601
Telephone: (914) 681-0200

*Attorneys for Third-Party Defendant Network Partners Int'l., LLC, incorrectly identified in the caption as Network Partners International, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE SECURITIES 2 LP,<br>Plaintiff,<br>vs.<br>HADASSAH WEISS<br>Defendant. | Case No. 2:25-cv-06374-KS<br><br>**THIRD-PARTY DEFENDANT NETWORK PARTNERS INT'L., LLC'S REQUEST FOR PERMISSION TO APPEAR REMOTELY AT HEARING ON MOTION TO DISMISS** |
| HADASSAH WEISS,<br>Third-Party Plaintiff,<br>vs.<br>SAMUEL EHRENTHAL, HARRY LEIFER, INSURED ON TIME SERVICES, INC., MICHAEL GOLDMAN, ALEXANDER GOFER, GREGG G. KIRSCHNER, ISSER M. ZEILINGOLD, THE SETTLEMENT GROUP, INC. dba Georgia Settlement Group, NETWORK PARTNERS INTERNATIONAL, LLC, HARRY LEIFER, EDWARD VIONI; CARY ST. ONGE, and CAS LIFE SETTLEMENTS, LLC,<br>Third-Party Defendants. | Hearing Date: October 7, 2026<br>Hearing Time: 10:00 a.m.<br>Judge: Hon. Karen L. Stevenson<br>Courtroom: 580<br><br>Action Filed: July 11, 2025 |

**REQUEST FOR PERMISSION TO APPEAR REMOTELY AT HEARING ON MOTION TO DISMISS**

Third-Party Defendant, Network Partners Int'l. LLC ("Network"), incorrectly identified in the caption as Network Partners International LLC, by counsel, respectfully requests that this Court issue an Order granting the undersigned attorneys permission to appear remotely at the hearing on Network's Motion to Dismiss the Amended Third-Party Complaint, on file at Docket 139, currently set for October 7, 2026 at 10:00 a.m. (the "Motion to Dismiss").

On January 26, 2026, Defendant/Third-Party Plaintiff, Hadassah Weiss ("Weiss"), filed her Amended Third-Party Complaint ("TPC"), naming Network as a third-party defendant. Dkt. 85. On September 3, 2026, Network filed the Motion to Dismiss arguing the TPC should be dismissed against Network pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6) because this Court lacks personal jurisdiction over Network and the TPC is devoid of any allegations tying Network to the life settlement transaction at issue. Dkt. 139. Weiss filed her opposition on September 15, 2025, to which Network filed its reply on September 23, 2026. Dkts. 140, 142.

On August 6, 2026, this Court entered Orders granting the applications of the undersigned attorneys to appear *pro hac vice* on behalf of Network. Dkts. 136, 137. Peter S. Dawson resides in the State of New York; Harry J. Nicolay, Jr. resides in the State of Connecticut. Both practice in White Plains, New York. Requiring an in-person appearance in California would therefore necessitate interstate travel and the incurrence of significant travel costs to attend. Network's request is timely pursuant to this Court's procedural rules and Network respectfully submits that good cause exists to grant the undersigned permission to appear remotely at the hearing. For the reasons set forth herein, it is respectfully requested that this Court allow the undersigned attorneys to appear remotely via Zoom at the October 7, 2026 hearing on the Motion to Dismiss.

DATED: September 30, 2026

Respectfully submitted,

DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP

Harry J. Nicolay, Jr. (admitted pro hac vice)
Peter S. Dawson (admitted pro hac vice)
360 Hamilton Avenue, 10th Floor
White Plains, New York 10601
(914) 681-0200
hnicolay@ddw-law.com
PSD@ddw-law.com

*Attorneys for Third-Party Defendant Network Partners Int'l., LLC, incorrectly identified in the caption as Network Partners International, LLC*

**CERTIFICATE OF SERVICE**

**Case No. 2:25-cv-06374-KS**

I hereby certify that on September 30, 2026, pursuant to Federal Rule of Civil Procedure 5(b), the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF and served upon counsel of record.

KUZYK LAW, LLP

Michael D. Braun
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
(213) 401-4100
mdb@kuzykclassactions.com