HUGH TRA (Bar No. 349111)
litigation@tralawgroup.com
TRA LAW GROUP PC
777 S Alameda St Ste 2081
Los Angeles, CA 90021
T: (213) 556-0536
F: (213) 371-3845

Attorney for Third-Party Defendant
GREGG D. KIRSCHNER

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE SECURITIES 2 LP,<br><br>Plaintiff,<br><br>v.<br><br>HADASSAH WEISS,<br><br>Defendants.<br><br>HADASSAH WEISS,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>GREGG D. KIRSCHNER, an individual,<br><br>Third-Party Defendant. | Case No.: 2:25-cv-06374-KS<br><br>**DECLARATION OF HUGH TRA REGARDING LOCAL RULE 7-3 COMPLIANCE**<br><br>Action Filed: 07/11/2025<br>Trial Date: Not Set<br>Date: December 9, 2026<br>Time: 10:00 A.M.<br>Courtroom: 580<br>Judge: Hon. Karen L. Stevenson |

TRA LAW GROUP PC
777 S Alameda St Ste 2081
Los Angeles, CA 90021

I, Hugh Tra, declare as follows:

1. I am counsel for Third-Party Defendant Gregg D. Kirschner in this action. I have personal knowledge of the facts stated herein and could competently testify to them if called as a witness.

2. Pursuant to Local Rule 7-3, before filing Mr. Kirschner's Renewed Motion to Dismiss the Second Amended Third-Party Complaint, my office attempted to schedule a telephone conference with opposing counsel. I made myself available to confer, but opposing counsel did not respond. Accordingly, no substantive conference could be completed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 9, 2026

**TRA LAW GROUP PC**

By: */s/ Hugh Tra*
Hugh Tra, Esq.
Attorney for Third-Party Defendant
GREGG D. KIRSCHNER

TRA LAW GROUP PC
777 S Alameda St Ste 2081
Los Angeles, CA 90021

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this action. I am a resident of or employed in Los Angeles. My business address is: 777 S Alameda St Ste 2081, Los Angeles, CA 90021. My e-mail address is: litigation@tralawgroup.com

On November 9, 2026, I served the foregoing document(s) described as:

DECLARATION OF HUGH TRA REGARDING LOCAL RULE 7-3 COMPLIANCE on counsel identified in the following attached service list:

*(See Attached Service List)*

**[ x] BY E-MAIL:** I served a true and correct copy thereof by electronic mail using the e-mail addresses in the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 9, 2026

**TRA LAW GROUP PC**

By: ______________________
Stephany Astorga

TRA LAW GROUP PC
777 S Alameda St Ste 2081
Los Angeles, CA 90021

## SERVICE LIST

**Attorney for Plaintiff Life Securities 2 LP**
Michael S. Cryan
ArentFox Schiff LLP
555 South Flower Street, 43rd Floor
Los Angeles, CA 90071
213-629-7400
Fax: 213-629-7401
Email: michael.cryan@afslaw.com

**Attorneys for Defendant and Third-Party Plaintiff Hadassah Weiss**
Eric Levinrad
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 12th Floor
Beverly Hills, CA 90212-2974
310-281-6370
Fax: 310-859-2325
Email: elevinrad@ecjlaw.com

Laurence M. Berman
Berman Litigation Group
11400 W. Olympic Boulevard, Suite 200
Los Angeles, CA 90064
213-267-0770
Email: lberman@bermanlitigationgroup.com

**Attorneys for Third-Party Defendant Harry Leifer**
Michael John Khouri
Khouri Law Firm, APC
101 Pacifica, Suite 120
Irvine, CA 92618
949-336-2433
Fax: 949-387-0044
Email: mkhouri@khourilaw.com

Mark E. Shure
Maxson Mago & Macaulay LLP
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
708-529-6949
Email: mshure@em3law.com

**Attorneys for Third-Party Defendant Network Partners International, LLC**
Harry J. Nicolay, Jr.
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
360 Hamilton Avenue
White Plains, NY 10601
914-681-0200
Fax: 914-684-0288
Email: hnicolay@ddw-law.com

Michael D. Braun
Kuzyk Law LLP
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
213-401-4100
Fax: 213-401-0311
Email: mdb@kuzykclassactions.com

Peter S. Dawson
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
360 Hamilton Avenue
White Plains, NY 10601
914-681-0200
Fax: 914-684-0288
Email: psd@ddw-law.com

**Attorneys for Third-Party and Cross Defendant Edward Vioni**
Henry L. Self, III
Harder Stonerock LLP
6300 Wilshire Boulevard, Suite 640
Los Angeles, CA 90048
424-203-1600
Fax: 424-203-1601
Email: hself@harderstonerock.com

Louis Charles Cardinal
Harder Stonerock, LLP
6300 Wilshire Boulevard, Suite 640
Los Angeles, CA 90048
424-203-1600
Fax: 424-203-1601

Email: ccardinal@harderstonerock.com

**Attorneys for Third-Party and Cross Defendant CAS Life Settlements, LLC**
Casey Zareh Donoyan
Offit Kurman, PC
445 South Figueroa Street, 18th Floor
Los Angeles, CA 90071
213-629-5700
Fax: 213-624-9441
Email: casey.donoyan@offitkurman.com

John Paul Fulco
Offit Kurman P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
347-589-8550
Fax: 212-545-1656
Email: jfulco@offitkurman.com

**Attorneys for Third-Party and Cross Defendants Samuel Ehrenthal and Insured on Time Services, Inc.**
Eric A. Westlund
Wolf Rifkin Shapiro Schulman & Rabkin LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064
310-478-4100
Fax: 310-479-1422
Email: ewestlund@wrslawyers.com

Matthew X. Oster
Wolf Rifkin Shapiro Schulman & Rabkin LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064
310-478-4100
Fax: 310-479-1422
Email: moster@wrslawyers.com

**Attorney for Third-Party and Cross Defendant Michael Goldman**
Baruch C. Cohen
Law Offices of Baruch Cohen APLC
4929 Wilshire Boulevard, Suite 940

Los Angeles, CA 90010
323-937-4501
Fax: 888-316-6107
Email: baruchcohen@baruchcohenesq.com

**Attorney for Third-Party and Cross Defendant Isser M. Zeilingold**
Shalom Rubanowitz
Law Offices of Shalom Rubanowitz
8383 Wilshire Boulevard, Suite 830
Beverly Hills, CA 90211
310-860-6380
Fax: 310-860-6385
Email: shalom@smartjewishlawyer.com

**Attorneys for Third-Party Defendant and Cross Claimant The Settlement Group, Inc. d/b/a Georgia Settlement Group**
David P. Beitchman
Beitchman and Zekian PC
16130 Ventura Boulevard, Suite 570
Encino, CA 91436
818-986-9100
Fax: 818-986-9119
Email: dbeitchman@bzlegal.com

Andre Boniadi
Beitchman and Zekian, PC
16130 Ventura Boulevard, Suite 570
Encino, CA 91436
818-986-9100
Email: aboniadi@bzlegal.com

**Unrepresented Parties Listed on PACER Party Report Without Counsel or Electronic-Service Information**
Alexander Gofer; Cary St. Onge
The docket report does not provide mailing addresses or e-mail addresses for these parties. This proof attests only to e-mail service on the counsel listed above.

TRA LAW GROUP PC
777 S Alameda St Ste 2081
Los Angeles, CA 90021